UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEAPERS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.:  1:15-CV-1539 |
| | ) |
| PRESMA, INC.; and | ) |
| CHUANWEN SHI | ) |
| | ) |
| Defendants, | ) |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Trarms Inc.[1] ("Trarms") and Chuanwen Shi ("Mr. Shi," with Trarms, "Defendants"), by counsel, respectfully move the Court to dismiss, with prejudice, this action for failure to state a claim upon which relief can be granted.  Defendants have contemporaneously filed a supporting Brief explaining the reasons this motion should be granted.

WHEREFORE, Defendants respectfully request that the Court dismiss the claims against Defendants with prejudice.

---

[1] Trarms Inc. is the correct legal name of the corporate defendant.  "Presma Inc." is an assumed business name.

2

Dated: November 10, 2015                                    Respectfully submitted,

                                                                FAEGRE BAKER DANIELS LLP

                                                                /s/ *Louis T. Perry*
                                                                Amie Peele Carter, Atty. No. 19523-29
                                                               Louis T. Perry, Atty. No. 25736-49
                                                               Daniel E. Pulliam, Atty. No. 29439-49
                                                               FAEGRE BAKER DANIELS LLP
                                                                300 N. Meridian Street, Suite 2700
                                                                Indianapolis, IN  46204-1750
                                                                Email: amie.peelecarter@faegrebd.com
                                                                          louis.perry@faegrebd.com
                                                                          daniel.pulliam@faegrebd.com

                                               *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2015, a copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system. Parties may access this filing through the Court's system.

/s/ *Louis T. Perry*